FILED ___ ENTERED
LOGGED ___ RECEIVED

OCT 15 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * |
|---|---|
| | * |
| v. | * CRIMINAL NO. GJH-21-396 |
| | * |
| EUNICE BISONG NKONGHO, | * |
| | * |
| Defendant | * |
| | * |

*******

## GOVERNMENT TRIAL EXHIBIT LIST

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 1.1 | Oct 8 2021 | Oct 8 2021 | B Ross | Photo of Cash 1 3-1-17 |
| 1.2 | Oct 8 2021 | Oct 8 2021 | B Ross | Photo of Cash 2 3-1-17 |
| 1.3 | Oct 8 2021 | Oct 8 2021 | B Ross | Ross Laurel Canyon ARCO Station |
| 1.5 | Oct 8 2021 | Oct 8 2021 | B Ross | B.R. Document |
| 1.6 | | | | E.N. Document |
| 1.7 | Oct 13 2021 | Oct 13 2021 | Razaq | K.R. Document |
| 2 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase Signature Card Acct 0625 on 7.11.16 |
| 2.1 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase Acct 0625_Aug to Sep 22_2016 |
| 2.2 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase Deposit Nkongho 9.3.2016 4100 |
| 2.3 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase Dep Nkongho0625 9.6.2016 10500 |
| 2.4 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase Joint Statement Accts 0625 6759 and 6783 from 9.23.16 - 10.24.16 |
| 2.5 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase 500 cash deposit into 0625 on 10.11.16 |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 2.6 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase Joint Statement for 0625 6759 and 6783 from 1.25.17 - 2.22.17 |
| 2.7 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase 1000 cash deposit 0625 on 2.7.17 |
| 2.8 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase 5000 cash deposit 0625 on 2.7.17 |
| 2.9 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase Joint Statement for 0625 6759 and 6753 from Oct to Nov 2016 |
| 2.10 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase Joint Statement for 0625 6759 and 6753 from Nov to Dec 2016 |
| 2.11 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase Joint Statement for 0625 6759 and 6753 from Dec to Jan 2016 |
| 3 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Acct 1368 Razaq Signature Card |
| 3.1 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Acct 1368 Razaq 10.20.2016 to 11.17.2016 |
| 3.2 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Acct 1368 Razaq 11.18.2016 to 12.19.2016 |
| 3.3 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Acct 1368 Razaq 12.20.2016 to 01.19.2017 |
| 3.4 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Razaq 01.20.2017 to 02.15.2017 |
| 3.5 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Dep to KR by EN on 10.25.16 8.145K |
| 3.6 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Dep to KR by EN on 10.29.16 8.145K |
| 3.7 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Dep to KR by EN on 11.14.2016 5K |
| 3.8 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Dep to KR by BR 11.28.16 7.5K |
| 3.9 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Dep to KR on 11.28.2016 7.4K |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 3.10 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Dep to KR on 11.29.2016 4K |
| 3.10.1 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Dep to KR on 11.29.2016 3.6K |
| 3.11 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Dep to KR by BR 12.02.16 |
| 3.12 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Dep to KR by BR 01.19.2017 |
| 3.13 | | | | BOA Dep to KR by qq 01.27.2017 7K |
| 3.14 | | | | 12.02.2016 BOA PHOTO - $7,000.00 Deposit Midtown Center |
| 3.15 | | | | SE 12.30.2016 PHOTO - $4860.00 |
| 3.16 | | | | 12.30.2016 PHOTO - $5,640.00 |
| 4.1 | Oct 7 2021 | Oct 7 2021 | Levy | BOA TB_09.27.2016 to 12.23.2016 |
| 4.2 | Oct 7 2021 | Oct 7 2021 | Levy | BOA TB_12.24.2016 to 03.27.2017 |
| 4.3 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Dep to TB on 10.17.2016 4K |
| 4.4 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Dep to TB by EN on 10.19.2016 3K |
| 4.5 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Dep to TB on 02.03.2017 7.71K |
| 5.0 | Oct 7 2021 | Oct 7 2021 | Levy | BOA BR Signature Card |
| 5.1 | Oct 7 2021 | Oct 7 2021 | Levy | BOA BR12.06.2016 to 12.31.2016 |
| 5.2 | Oct 8 2021 | Oct 8 2021 | B Ross | BOA BR 01.01.2017 to 01.31.2017 |
| 6.1 | Oct 7 2021 | Oct 7 2021 | Levy | BOA Wires to PU by TB and BR Oct 2016 to Feb 2017 |
| 7.1 | | | | BOA GL for 2944 on 11.28.2016 7.4K |
| 7.2 | | | | BOA GL for 2944 on 11.29.2016 4K |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 8.1 | | | | Wells Fargo Njoku Stmt Jan_Feb 2017 Wire to PU 2017 |
| 9.0 | Oct 7 2021 | Oct 7 2021 | Morales | FCCU Pred 4393 Acct Opening |
| 9.1 | Oct 7 2021 | Oct 7 2021 | Morales | FCCU Statement for 4393 from 7.1.16 - 9.30.16 |
| 9.2 | Oct 7 2021 | Oct 7 2021 | Morales | FCCU 5000 cash deposit into 4393 on 9.23.16 |
| 9.3 | Oct 7 2021 | Oct 7 2021 | Morales | FCCU Statement for 4393 from 10.1.16 - 12.31.16 |
| 9.4 | Oct 7 2021 | Oct 7 2021 | Morales | FCCU 5000 cash withdrawal from 4393 10.7.16 |
| 10 | Oct 7 2021 | Oct 7 2021 | Morales | FCCU Pred 4619 Acct Opening |
| 10.1 | Oct 7 2021 | Oct 7 2021 | Morales | FCCU Statement for 4619 from 7.1.16 - 9.30.16 |
| 10.2 | Oct 7 2021 | Oct 7 2021 | Morales | FCCU 5000 cash deposit into 4619 on 9.23.16 |
| 10.3 | Oct 7 2021 | Oct 7 2021 | Morales | FCCU Statement for 4619 from 10.1.16 - 12.31.16 |
| 10.4 | Oct 7 2021 | Oct 7 2021 | Morales | FCCU 5000 cash withdrawal from 4619 on 10.7.16 |
| 11 | Oct 7 2021 | Oct 7 2021 | Morales | FCCU 4391 Master Agreement |
| 11.1 | | | | FCCU 4391 Master Agr. 2018 |
| 11.2 | | | | Acct Transfer Req 2011 4391 to 5057 |
| 11.3 | | | | FCCU 4391 Stmt May 2016 |
| 11.4 | | | | FCCU 4391 Stmt June 2016 |
| 11.5 | | | | FCCU 4391 Deposit 5.19.2016 |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 11.6 | | | | FCCU 4391 Deposit 5.24.2016 |
| 12.1 | | | | FCCU 5057 USC5100 dep 5.19.2016 |
| 12.2 | | | | FCCU 5057 Dep USD 1800 5.24.2016 |
| 12.3 | | | | FCCU 5057 USD 5000 Wire to GT Bank |
| 13.0 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase EBN for TU on 9.8.2016 |
| 13.1 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase Stmt TU 9.8.2016 through 9.21.206 |
| 13.2 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase 5200 cash dep 6759 on 9.8.16 |
| 13.3 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase_Dep TU 6759 10.1.2016 4900 |
| 13.4 | | | | Chase COT Acct 6759 10.3.2016 4900 |
| 14.0 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase SC EBN for JU on 9.8.2016 |
| 14.1 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase Stmt JU 9.8.2016 to 9.26.2016 |
| 14.2 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase 5200 cash deposit into 6783 on 9.8.16 |
| 14.3 | Oct 12 2021 | Oct 12 2021 | Seltzer | Chase Dep JU 6783 10.1.2016 4900 |
| 15.0 | Oct 12 2021 | Oct 12 2021 | Seltzer | Presidential Bank Signature Card Acct#130428360 |
| 15.1 | Oct 12 2021 | Oct 12 2021 | Seltzer | Presidential Bank Statements Acct #8360 August 2016 toSept 2016 |
| 16.0 | | | | Nkongho AmEx Closing Date 9.15.2016 |
| 16.1 | | | | Nkongho AmEx Closing Date 10.16.2016 |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 16.2 | Oct 12 2021 | Oct 12 2021 | Barbre | Nkongho AmEx Closing Date 11.15.2016 |
| 16.3 | | | | Nkongho AmEx Closing Date 12.16.2016 |
| 16.4 | | | | Nkongho AmEx Closing Date 1.16.2017 |
| 16.5 | | | | Nkongho AmEx Closing Date 2.13.2017 |
| 16.6 | Oct 12 2021 | Oct 12 2021 | Seltzer | Nkongho AmEx Closing Date 3.16.2017 |
| 17.0 | Oct 12 2021 | Oct 12 2021 | Seltzer | Matadors Cashier Check and Receipt |
| 17.1 | Oct 12 2021 | Oct 12 2021 | Seltzer | Matadors Cashier Check and Receipt |
| 17.2 | | | | Matadors 1.17.2017 Cash Deposit Receipt USD 3300 |
| 17.3 | Oct 12 2021 | Oct 12 2021 | Seltzer | Matadors 2.21.2017 Cash Deposit Receipt USD 2000 |
| 20.0 | | | | SEACATS Record Excerpt Showing Intl Flight |
| 21.0 | | | | IO25 Outbound Inspection 3.12.2017 |
| 22.0 | | | | DM IO95 |
| 23.0 | Oct 12 2021 | Oct 12 2021 | Keys | Receipt for Detained Property |
| 24.0 | Oct 7 2021 | Oct 7 2021 | Mizell | Nkongho Phone Picture from WhatsApp 10.31.2016 |
| 24.1 | Oct 7 2021 | Oct 7 2021 | Mizell | Nkongho Phone Picture from WhatsApp 11.14.2021 |
| 24.2 | Oct 7 2021 | Oct 7 2021 | Mizell | Nkongho Phone Picture from WhatsApp 11.14.2021 |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 25.1 | Oct 7 2021 | Oct 7 2021 | Mizell | Eunice&BrandonChat.xlsx |
| 25.2 | Oct 7 2021 | Oct 7 2021 | Mizell | Eunice&BrandonCalls.xlsx |
| 25.3 | Oct 7 2021 | OCT 1 4 2021 | Mizell | Eunice&DadChat.xlsx |
| 25.3A | Oct 7 2021 | Oct 7 2021 | Mizell | Eunice&DadChat.xlsx |
| 25.4 | Oct 7 2021 | Oct 7 2021 | Mizell | Eunice&DadCalls.xlsx |
| 25.5 | Oct 7 2021 | Oct 7 2021 | Mizell | Eunice&KhalidCalls.xlsx |
| 25.6 | | | | Eunice&NjokuChat.xlsx |
| 25.7 | | | | Eunice&NjokuCalls.xlsx |
| 25.8 | Oct 7 2021 | Oct 7 2021 | Mizell | Eunice&TroyCall.xlsx |
| 26.1 | Oct 8 2021 | Oct 8 2021 | Merker | Photo BOA Account Summary Information for Razaq Acct 1368 |
| 26.2 | Oct 8 2021 | Oct 8 2021 | Merker | Photo BOA Cash Deposit Receipt USD 7400 for acct 1368 |
| 26.3 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of USPS Tracking Number and Scheduled Delivery Date 12.11.2016 |
| 26.4 | Oct 8 2021 | Oct 8 2021 | Merker | FedEx Ground Shipment Receipt for USD 3547.25 acct 7229 date obscured |
| 26.5 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of Five FedEx Office Shipment Receipts acct 7229 dated 12.21.2016 |
| 26.6 | Oct 8 2021 | Oct 8 2021 | Merker | Photo BOA Cash Deposit Slips for Acct 0512 on 12.30.2016 |
| 26.7 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of Multiple BOA Cash Deposit Slips for Acct 1368 on 12.30.2016 |
| 26.8 | Oct 8 2021 | Oct 8 2021 | Merker | Photo Wire Information |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 26.9 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of FedEx Freight 11.18.2016 Invoice for Shipment Razaq to Terrel Robinson |
| 26.10 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of TV Label |
| 26.11 | Oct 8 2021 | Oct 8 2021 | Parler | Photo of Town and Country Document Actual Move Cost USD 3605 with date 1.5.2017 |
| 26.12 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of TV Label |
| 26.13 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of BOA Funds Transfer Request Authorization USD 4355 Ross to Unakalu 1.9.2017 |
| 26.14 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of Cubesmart Woodbridge Address Information |
| 26.15 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of Public Storage Address Information |
| 26.16 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of Cubesmart Bristow Address Information |
| 26.17 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of BOA Funds Transfer Request Authorization USD 8953 Ross to Unakalu 1.23.2017 |
| 26.18 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of Town and Country Cash Receipt dated1.30.2017 |
| 26.19 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of Town and Country Cash Receipt dated 1.30.2017 |
| 26.20 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of BOA Acct 1368 Deposit Receipt 1.31.2017 |
| 26.21 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of Screen Related to Erhabor Wire |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 26.22 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of Wire Transfer Document Nkongho to Unakalu |
| 26.23 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of Unukalu Passport Page |
| 26.24 | Oct 8 2021 | Oct 8 2021 | Merker | Photo of BOA Deposit Receipt 2.21.2017 |
| 26.25 | | | | Photo of Chase Bank Wire Transmission Screen December 2017 |
| 30 | Oct 12 2021 | Oct 12 2021 | McCabe | 2016 Paes Lease Executed Oct 7 |
| 30.1 | Oct 12 2021 | Oct 12 2021 | McCabe | Proposal to Lease with Deborah Paes Tax Return |
| 30.2 | Oct 12 2021 | Oct 12 2021 | McCabe | Tenant Worksheet and Receipts |
| 30.3 | Oct 12 2021 | Oct 12 2021 | McCabe | Photos of TV's being dropped off |
| 30.4 | Oct 12 2021 | Oct 12 2021 | McCabe | 4116-A Walney Rd |
| 31.1 | Oct 8 2021 | Oct 8 2021 | McBorrough | Emily McBorrough Photos of Office Space |
| 31.2 | Oct 8 2021 | Oct 8 2021 | B Ross | Emily McBorrough Photos of DRT Equipment |
| 31.3 | Oct 8 2021 | Oct 8 2021 | McBorrough | Emily McBorrough Photos of LG TVs and Shipping Docs |
| 31.4 | Oct 8 2021 | Oct 8 2021 | McBorrough | Emily McBorrough Photos of trash outside office after TV delivery |
| 31.5 | Oct 8 2021 | Oct 8 2021 | B Ross | Sturmer Photo |
| 31.6 | Oct 8 2021 | Oct 8 2021 | B Ross | Razaq Photo |
| 31.7 | Oct 8 2021 | Oct 8 2021 | B Ross | DL Photos. |
| 40 | Oct 12 2021 | Oct 12 2021 | Mann | Amendment of Solicitation Modification of Contract |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 41 | Oct 12 2021 | Oct 12 2021 | Mann | Purchase Order for Supplies or Services |
| 42 | Oct 12 2021 | Oct 12 2021 | Mann | ACE Correspondence and Invoices |
| 43 | Oct 12 2021 | Oct 12 2021 | Mann | DFAS Correspondence |
| 44 | Oct 12 2021 | Oct 12 2021 | Mann | Recovered v Missing cost of TVs |
| 44.1 | | | | ACE Marketing Timeline |
| 45 | Oct 8 2021 | Oct 8 2021 | Fishman | Rosemont Management Co Commercial Lease Agreement Deise Consulting |
| 45.1 | Oct 8 2021 | Oct 8 2021 | Fishman | Tenant Information Form J.D. |
| 45.2 | Oct 8 2021 | Oct 8 2021 | Fishman | MD Drivers License J.D. |
| 50.1 | Oct 8 2021 | Oct 8 2021 | B Ross | Brandon Ross at PCH near Corrall Canyon 9.18.2016 |
| 50.2 | Oct 8 2021 | Oct 8 2021 | Merker | Khalid Razaq at Corrall Canyon Beach off PCH 9.18.2016 |
| 50.3 | Oct 8 2021 | Oct 8 2021 | Merker | Janet Sturmer at Corrall Canyon Beach off PCH 9.18.2016 |
| 51.1 | Oct 8 2021 | Oct 8 2021 | B Ross | Khalid Razaq and Brandon Ross at Dinner 9.18.2016 |
| 51.2 | Oct 8 2021 | Oct 8 2021 | B Ross | Khalid Razaq and Brandon Ross 9.18.2016 |
| 51.3 | Oct 8 2021 | Oct 8 2021 | B Ross | Khalid Razaq and Brandon Ross 9.18.2016 |
| 52.1 | Oct 8 2021 | Oct 8 2021 | Merker | Khalid Razaq and Janet Sturmer 9.20.2016 |
| 52.2 | Oct 8 2021 | Oct 8 2021 | Merker | Khalid Razaq and Janet Sturmer 9.20.2016 |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 52.3 | Oct 8 2021 | Oct 8 2021 | Merker | Khalid Razaq and Janet Sturmer 9.20.2016 |
| 53.1 | Oct 8 2021 | Oct 8 2021 | Merker | Photo Khalid Razaq Phone 1.29.2017 |
| 53.2 | Oct 8 2021 | Oct 8 2021 | Merker | Photo Khalid Razaq Phone 1.29.2017 |
| 53.3 | Oct 8 2021 | Oct 8 2021 | Merker | Photo Khalid Razaq Phone 1.29.2017 |
| 54 | Oct 8 2021 | Oct 8 2021 | Merker | Khalid Razaq Texts with Mayor |
| 55 | Oct 8 2021 | Oct 8 2021 | B Ross | Khalid Razaq Text to Brandon Ross |
| 56 | Oct 8 2021 | Oct 8 2021 | Merker | Khalid Razaq Text to Eunice Nkhongho |
| 60 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer D.P. ID and Cards |
| 60.1 | Oct 12 2021 | Oct 12 2021 | Taylor | Mail to D.P. Addressee |
| 61 | | | | Pictures of C.D. Phone |
| 61.1 | | | | C.D. Envelope |
| 61.2 | | | | Sturmer SW Summary Photo C.D. ID |
| 62 | | | | L.O. Address on Package from Bahamas |
| 63 | | | | Z.R. Phone from Sturmer House |
| 64.1 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Pocketbook Emily McBorrough Page with address |
| 64.2 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Pocketbook L.O. Addresses |
| 64.3 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Pocketbook L.O. |
| 64.4 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Pocketbook Z.R. Page |
| 64.5 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Pocketbook Z.R. Smart Cube |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 64.6 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Pocketbook Z.R. Potomac Mills Rd |
| 64.7 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Pocketbook Z.R. Cubes Cost |
| 64.8 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Pocketbook T. Robinson Address |
| 64.9 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Pocketbook Paes Public Storage Info |
| 65 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Pocketbook List of Expenses |
| 65.1 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Pocketbook Unit Ledger |
| 65.2 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Pocketbook Unit Ledger 2 |
| 66.1 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Chancellorsville_Front of House |
| 66.2 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Chancellorsville Front Door |
| 66.3 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Chancellorsville TVs in Garage |
| 66.4 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Chancellorsville TV Label Mfg Info |
| 66.5 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Chancellorsville Razaq Group Package |
| 66.6 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Chancellorsville Stack of Papers w Saulina Eady Name |
| 66.7 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Chancellorsville FedEx Papers |
| 66.8 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Chancellorsville FedEx Freight Rate Quote |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 66.9 | Oct 12 2021 | Oct 12 2021 | Taylor | Sturmer SW Chancellorsville FedEx Ground Receipts |
| 67.4 | | | | CubeSmart 11607 Nokesville Rd Bristow Photos |
| 68.2 | | | | CubeSmart Potomac Mills Rd 3015 Photos |
| 68.4 | | | | CubeSmart Potomac Mills Rd 3016 Photos |
| 68.6 | | | | CubeSmart Potomac Mills Rd 3017 Photos |
| 68.8 | | | | CubeSmart Potomac Mills Rd 3020 Photos |
| 69.6 | | | | PublicStorage 14425 Lee Hwy Gainesville Unit 5 Photos |
| 70.0 | Oct 13 2021 | Oct 13 2021 | Razaq | FedEx Express Shipment Information 8.31.2016 |
| 70.1 | Oct 8 2021 | Oct 8 2021 | B Ross | FedEx Air Brandon Ross Combined Signature Sheets 9.19.2016 |
| 70.2 | | | | FedEx Air Khalid Razaq Combined Signature Sheets 9.19.2016 |
| 71 | Oct 13 2021 | Oct 13 2021 | Razaq | UHaul Receipt - KRazaq - 09-18-16 |
| 72.1 | Oct 8 2021 | Oct 8 2021 | B Ross | UHaul Receipts - BRoss - 11-22-16 |
| 72.2 | Oct 8 2021 | Oct 8 2021 | B Ross | UHaul Receipts - BRoss - 11-23-16 |
| 72.3 | Oct 8 2021 | Oct 8 2021 | B Ross | UHaul Receipts - BRoss - 12-27-16 |
| 72.4 | Oct 8 2021 | Oct 8 2021 | B Ross | UHaul Summary - BRoss - 12-27-16 |
| 72.5 | Oct 8 2021 | Oct 8 2021 | B Ross | UHaul Receipts - BRoss - 01-04-17 |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 72.6 | Oct 8 2021 | Oct 8 2021 | B Ross | UHaul Summary - BRoss - 01-04-17 |
| 74 | Oct 12 2021 | Oct 12 2021 | Seltzer | PublicStorage 5544 W. Centinela Ave LA Lease Eady |
| 75 | Oct 8 2021 | Oct 8 2021 | B Ross | PublicStorage 3401 S.La Cienega Blvd LA Lease Ross |
| 76.1 | Oct 8 2021 | Oct 8 2021 | B Ross | PriceSelfStorage 3430 South La Brea Ave LA Lease Ross |
| 76.2 | | | | PriceSelfStorage 3430 South La Brea Ave LA Ledger |
| 77.2 | | | | FedEx Ground Shipment Records Acct 822907229 Sturmer |
| 78 | | | | UPS 11.22.16 TVs to Ross LNPS171165 Shipment Information.xlsx |
| 80 | Oct 8 2021 | Oct 8 2021 | Parler | Town and Country USDVA Estimate 12.1.2016 |
| 80.1 | Oct 8 2021 | Oct 8 2021 | Parler | Town and Country USDVA Estimate 1.17.2017 |
| 80.2 | Oct 8 2021 | Oct 8 2021 | Parler | Town and Country Tristan Olsen to S.Eady Shipment Label |
| 80.3 | Oct 8 2021 | Oct 8 2021 | Parler | Town and Country Receipt of Envelope |
| 80.4 | Oct 8 2021 | Oct 8 2021 | B Ross | Town and Country Money Orders |
| 80.5 | Oct 8 2021 | Oct 8 2021 | Parler | Town and Country Picture of Individual in Lobby |
| 80.6 | Oct 8 2021 | Oct 8 2021 | Parler | Town and Country Receipt for USD9300 Photo 1.30.17 |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 80.7 | Oct 8 2021 | Oct 8 2021 | Parler | Town and Country loading TVs from Public Storage |
| 92 | Oct 12 2021 | Oct 12 2021 | Barbre | Photos of Beverly Hills Mailbox Location and Box 731 |
| 92.1 | Oct 12 2021 | Oct 12 2021 | Barbre | USPS Application Mail Delivery Through Beverly Hills Mail Box Livingston Decaille |
| 93.1 | | | | Certificate of No Marriage Eunice NKONGHO |
| 93.2 | | | | Certificate of No Marriage Certificate Livingston DECAILLE |
| 93.3 | | | | Cert of No Marriage Peter UNAKALU |
| 94 | Oct 12 2021 | Oct 12 2021 | Tetrault | Eunice NKONGHO Passport Records 3-17-20 |
| 95 | Oct 12 2021 | Oct 12 2021 | Tetrault | J.U. Passport Records |
| 96.1 | Oct 13 2021 | Oct 13 2021 | Horst | 2018.10.03 Interview of Nkongho_Part1.mp4 |
| 96.2 | Oct 13 2021 | Oct 13 2021 | Horst | 2018.10.03 Interview of Nkongho_Part2.mp4 |
| 101 | Oct 12 2021 | Oct 12 2021 | Seltzer | Priceline.com |
| 102 | Oct 12 2021 | Oct 12 2021 | Taylor | Pink and Black Diamond Index Card Book |
| 103 | Oct 12 2021 | Oct 12 2021 | Taylor | Fax Documents to Pruitt Co. |
| 104 | | | | Loose Index Cards |
| 105 | | | | Pink and Black Diamond Index Card Book |
| 106 | | | | Z.R. Phone |

| Exhibit No. | Identified | Admitted | Witness | Description |
|---|---|---|---|---|
| 107 | | | | C.D. Phone |
| 108 | Oct 12 2021 | Oct 12 2021 | Taylor | J.D. Questionnaire |
| 109 | Oct 12 2021 | Oct 12 2021 | Taylor | D.P. File |
| 110 | Oct 12 2021 | Oct 12 2021 | Taylor | FedEx Documents with Stickies |
| 111 | | | | Household Goods Descriptive Inventory |
| 112 | Oct 13 2021 | Oct 13 2021 | Razaq | Uniform Straight Bill of Lading K.R. to T.R. |
| 113 | Oct 12 2021 | Oct 12 2021 | Taylor | Payment Receipt Cubesmart Bristow C.D. |
| 114 | Oct 8 2021 | | B Ross | LG OLED Television (Demonstrative) |
| | | Oct 12 2021 | Mann | |
| 115 | | | | Timeline Demonstrative Exhibit |
| 116 | Oct 7 2021 | Oct 7 2021 | Morales | Currency Transaction Report |
| 117.1 | Oct 12 2021 | Oct 12 2021 | Barbre | Map of Los Angeles |
| 117.2 | Oct 12 2021 | Oct 12 2021 | Barbre | Map including Bank of America locations |
| 117.3 | Oct 12 2021 | Oct 12 2021 | Barbre | Map including Bank of America in Lynwood, CA |
| 118 | Oct 12 2021 | | Gurdak | Chart of Nkongho and Sons' Chase and FCCU Accounts (Demonstrative) |
| | | | | |
| | | | | |