FILED ___ ENTERED
LOGGED ___ RECEIVED
OCT 15 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA   *

v.   *   CRIMINAL NO. GJH-21-396

EUNICE BISONG NKONGHO,   *

Defendant   *

## VERDICT FORM

### COUNT ONE
(Conspiracy to Commit Money Laundering)

1. How do you find the defendant, Eunice Bisong Nkongho, as to the charge in Count One of the Indictment of Conspiracy to Commit Money Laundering?

   Guilty ✓     Not Guilty ___

**Special Instruction:**

2. If Guilty, please verify that you have all agreed upon the type(s) of money laundering conspiracy that you found in this case:

   a. Conspiracy to Commit Promotion Money Laundering:

   Yes ✓     No ___

   b. Conspiracy to Commit Concealment Money Laundering:

   Yes ✓     No ___

   c. Conspiracy to Commit International Promotion Money Laundering:

   Yes ✓     No ___

   d. Conspiracy to Commit International Concealment Money Laundering or International Money Laundering to Avoid a Transaction Reporting Requirement:

   Yes ✓     No ___

## COUNT TWO
### (Money Laundering)

3.  How do you find the defendant, Eunice Bisong Nkongho, as to the charge in Count Two of the Indictment, Money Laundering on or about October 19, 2016?

Guilty ✓         Not Guilty _____

**Special Instruction:**

4.  If Guilty, please verify that you have all agreed upon the type(s) of money laundering that you found in this case:

   a. Promotion Money Laundering:

   Yes ✓         No _____

   b. Concealment Money Laundering:

   Yes ✓         No _____

**THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY.**

Oct. 15, 2021
Date

SIGNATURE REDACTED